| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Matz, Howard A. | 2. Court or Organization  Central District of California | 3. Date of Report  04/30/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Senior | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address  U.S. District Court  312 N. Spring Street, Room 170  Los Angeles, CA 90012 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustor and Co-Trustee | ▨ Trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[ ] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Former and present law clerks and staff | Gift certificate for bicycle | $1,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST NO. 3 | D | Int./Div. | O | T | | | | | |
| 2. AllianceBernstein Tax Mged | | | | | Sold | 01/20/11 | J | A | |
| 3. AllianceBernstein Tax Mged | | | | | Sold | 03/29/11 | J | A | |
| 4. AllianceBernstein Tax Mged | | | | | Sold | 04/13/11 | J | A | |
| 5. AllianceBernstein Tax Mged | | | | | Sold | 07/15/11 | J | A | |
| 6. AllianceBernstein Tax Mged | | | | | Sold | 10/12/11 | J | A | |
| 7. AllianceBernstein Tax Mged | | | | | Buy | 12/21/11 | J | | |
| 8. IRA ONE | C | Int./Div. | M | T | | | | | |
| 9. AllianceBernstein Wealth Apprec | | | | | Sold | 01/20/11 | J | A | |
| 10. AllianceBernstein Wealth Apprec | | | | | Buy | 04/13/11 | J | A | |
| 11. AllianceBernstein Wealth Apprec | | | | | Sold | 07/15/11 | J | A | |
| 12. AllianceBernstein Wealth Apprec | | | | | Sold | 10/12/11 | J | A | |
| 13. AllianceBernstein Wealth Apprec | | | | | Buy | 03/29/11 | J | | |
| 14. AllianceBernstein Wealth Apprec | | | | | Buy | 12/21/11 | J | | |
| 15. IRA TWO | C | Int./Div. | M | T | | | | | |
| 16. AllianceBernstein Wealth Apprec | | | | | Sold | 01/20/11 | J | A | |
| 17. AllianceBernstein Wealth Apprec | | | | | Sold | 04/13/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AllianceBernstein Wealth Apprec | | | | | Buy | 07/15/11 | J | A | |
| 19. AllianceBernstein Wealth Apprec | | | | | Sold | 10/12/11 | J | A | |
| 20. AllianceBernstein Wealth Apprec | | | | | Buy | 03/29/11 | J | | |
| 21. AllianceBernstein Wealth Apprec | | | | | Buy | 12/21/11 | J | | |
| 22. TRUST ONE | C | Dividend | N | T | | | | | |
| 23. Allianz AGIC Opport | | | | | Sold | 01/31/11 | J | A | |
| 24. Allianz AGIC Opport | | | | | Sold | 11/01/11 | J | A | |
| 25. Artisan Intl | | | | | Sold | 01/31/11 | J | A | |
| 26. Artisan Intl | | | | | Sold | 12/22/11 | J | A | |
| 27. Black Rock Equity Dividend Fund | | | | | | | | | |
| 28. General Electric | | | | | | | | | |
| 29. JP Morgan Mid Cap | | | | | | | | | |
| 30. Merger Fund | | | | | Sold | 03/07/11 | J | A | |
| 31. Permanent Portfolio | | | | | Sold | 01/31/11 | J | A | |
| 32. Schwab Money Fund | | | | | | | | | |
| 33. Selected American Shares | | | | | Sold | 07/21/11 | J | C | |
| 34. Verizon Comm | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Walt Disney | | | | | | | | | |
| 36. Fidelity Contra | | | | | Sold | 12/22/11 | J | A | |
| 37. Morgan Stanley Inst. Mid Cap Growth Fund | | | | | | | | | |
| 38. Oakmark Intl. Small Cap Fund | | | | | | | | | |
| 39. ICM Small Company Fund | | | | | Sold | 11/01/11 | J | B | |
| 40. Dodge & Cox Intl. Stock Fund | | | | | Sold | 12/22/11 | J | A | |
| 41. Forward Tactical Growth | | | | | Sold | 03/07/11 | J | A | |
| 42. JP Morgan Strategic Income Fund | | | | | Sold | 11/01/11 | J | A | |
| 43. RS Emerging Markets | | | | | Sold | 10/11/11 | J | A | |
| 44. MLP Alpha Fund | | | | | Sold | 12/06/11 | J | A | |
| 45. Frontier Comm. Corp | | | | | | | | | |
| 46. Marketfield Fund | | | | | Buy | 03/08/11 | J | | |
| 47. Marketfield Fund | | | | | Sold | 12/22/11 | J | A | |
| 48. Rivernorth Core Opp. Fund | | | | | Buy | 03/08/11 | J | | |
| 49. FMI Large Cap | | | | | Buy | 07/22/11 | J | | |
| 50. Nuveen Tradewinds Global | | | | | Buy | 07/22/11 | J | | |
| 51. Nuveen Tradewinds Global | | | | | Buy | 12/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Aberdeen Emerging Markets | | | | | Buy | 10/12/11 | J | | |
| 53. Aston/River Road Ind. | | | | | Buy | 11/02/11 | J | | |
| 54. Loomis Sayles Small Cap | | | | | Buy | 11/02/11 | J | | |
| 55. Touchstone Small Cap Core | | | | | Buy | 11/02/11 | J | | |
| 56. Walt Disney | | | | | Donated (part) | 12/28/11 | J | | |
| 57. Center Coast MLP Focus | | | | | Buy | 12/06/11 | J | | |
| 58. Aberdeen Emerging | | | | | Buy | 12/22/11 | J | | |
| 59. IRA ROLLOVER | E | Dividend | P1 | T | | | | | |
| 60. Allianz AGIC Opp | | | | | Sold | 11/01/11 | L | A | |
| 61. Artisan Intl. Fund | | | | | Sold | 11/10/11 | J | A | |
| 62. Dodge & Cox Intl. Stock Fund | | | | | Sold | 11/10/11 | J | A | |
| 63. ICM Small Company Portfolio | | | | | Sold | 11/01/11 | L | C | |
| 64. Merger Fund | | | | | Sold | 03/07/11 | L | C | |
| 65. JP Morgan Mid Cap | | | | | Sold | 11/10/11 | K | C | |
| 66. MS Inst. Mid Cap Growth | | | | | Sold | 11/10/11 | K | D | |
| 67. Oakmark Intl. Small Cap | | | | | Buy | 11/10/11 | J | | |
| 68. Permanent Portfolio | | | | | Sold | 11/10/11 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Selected American Shares | | | | | Sold | 07/19/11 | M | E | |
| 70. Schwab Money Fund | | | | | | | | | |
| 71. Black Rock Equity Div | | | | | Buy | 11/10/11 | K | | |
| 72. Fidelity Contra Fund | | | | | Sold | 11/10/11 | J | D | |
| 73. Forward Tactical Growth | | | | | Sold | 03/07/11 | L | C | |
| 74. JP Morgan Strategic Income | | | | | Sold | 11/01/11 | L | A | |
| 75. RS Emerging Mkts | | | | | Sold | 10/11/11 | L | A | |
| 76. UBS E-Tracs Alerian MLP | | | | | Buy | 11/10/11 | J | | |
| 77. Marketfield Fund | | | | | Buy | 03/08/11 | L | | |
| 78. Marketfield Fund | | | | | Sold | 11/10/11 | J | A | |
| 79. RiverNorth Core Opp Fund | | | | | Buy | 03/08/11 | L | | |
| 80. RiverNorth Core Opp. Fund | | | | | Buy | 11/10/11 | J | | |
| 81. EMI Large Cap | | | | | Buy | 07/20/11 | M | | |
| 82. EMI Large Cap | | | | | Sold | 11/10/11 | J | A | |
| 83. Aston/River Road Ind. Value | | | | | Buy | 11/02/11 | L | | |
| 84. Loomis Sayles Small Cap Growth | | | | | Buy | 11/02/11 | L | | |
| 85. Touchstone Small Cap | | | | | Buy | 11/02/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Aberdeen Emerging Mkts | | | | | Buy | 10/12/11 | L | | |
| 87. Aberdeen Emerging Mkts | | | | | Buy | 11/10/11 | K | | |
| 88. Nuveen Tradewinds Global | | | | | Buy | 07/20/11 | K | | |
| 89. Nuveen Tradewinds Global | | | | | Buy | 11/10/11 | K | | |
| 90. TRUST NO. TWO | E | Interest | O | T | | | | | |
| 91. Oppenheimer M/M | | | | | | | | | |
| 92. Whittier CA Bon | | | | | | | | | |
| 93. Calif. St. G/O Bond 2035 | | | | | | | | | |
| 94. Contra Costa LA Bond | | | | | | | | | |
| 95. Upland CA Bond | | | | | | | | | |
| 96. Cal EDL Fac 5.25% 4/1/24 | | | | | | | | | |
| 97. Calif. St G/O 2033 | | | | | | | | | |
| 98. CA EDL Fac 5% 10/1/2036 | | | | | | | | | |
| 99. Torrance CA Bond | | | | | | | | | |
| 100. Capistrano CA Bond | | | | | | | | | |
| 101. South Tahoe | | | | | | | | | |
| 102. Bonita Canyon CA Bond | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE (_No reportable income, assets, or transactions._)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Cerritos CA Bond | | | | | | | | | |
| 104.  Willis CA Bond | | | | | | | | | |
| 105.  Cupertino CA Bond | | | | | | | | | |
| 106.  Montclair CA Bond | | | | | | | | | |
| 107.  Calif. Stwde 5.75% (State Water Dev.) | | | | | | | | | |
| 108.  Calif. HFA 5.375% | | | | | | | | | |
| 109.  Bell Gardens 5% | | | | | | | | | |
| 110.  TRUST NO. 6 | B | Interest | L | T | | | | | |
| 111.  TIAA-CREF | D | Interest | N | T | | | | | |
| 112.  Israel Bonds | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 04/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Howard A. Matz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544